No. 88–5671. FIELDS *v.* TESTERMAN ET AL. Appeal from C. A. 6th Cir. dismissed for want of jurisdiction.

No. 88–5672. FIELDS *v.* MARTIN MARIETTA, INC., ET AL. Appeal from C. A. 6th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–5673. FIELDS *v.* PRUETT ET AL. Appeal from C. A. 6th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–539. POOLE ET AL. *v.* GRESHAM ET AL. Appeal from D. C. N. D. Ga. Judgment vacated and case remanded to consider the question of mootness. JUSTICE BRENNAN, JUSTICE WHITE, JUSTICE MARSHALL, and JUSTICE BLACKMUN would affirm the judgment.

No. — – ——. SMITH *v.* MISSOURI. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by the petitioner granted. Motion of Missouri Public Defender Commission et al. to be substituted as next friends for Gerald Smith denied.

No. A–419. YONKERS RACING CORP. *v.* CITY OF YONKERS ET AL. D. C. S. D. N. Y. Application for recall, stay, and other relief, addressed to THE CHIEF JUSTICE and referred to the Court, denied. THE CHIEF JUSTICE and JUSTICE KENNEDY would grant the application.

No. D–747. IN RE DISBARMENT OF WILLIAMS. It is ordered that Nicholas W. Williams, of Berea, Ky., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.